AO 10
Rev. 1/2008

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2007

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Davidson, Glen H | U.S. District Court | 05/08/2008 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge, Senior Status | ☐ Nomination, Date <br> ☐ Initial ☑ Annual ☐ Final <br> 5b. ☐ Amended Report | 01/01/2007 to 12/31/2007 |

**7. Chambers or Office Address**

Post Office Drawer 767
Aberdeen
Mississippi 39730-0767

**8.** On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.

Reviewing Officer_____ Date_____

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee (Church Officer) | First Presbyterian Church, ██████ |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2008 MAY 14 P 1:35 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| Davidson, Glen H | 05/08/2008 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | The University of Mississippi School of Law* | April 11, 2007 | Oxford, MS | Lecture | No Direct Reimbursement - $1000 donation paid by the Law School directly to University of Mississippi Foundation, a charity, in my name. |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davidson, Glen H | 05/08/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Federal Land Bank Association | Parcel No. 4, Timberland, ██████ | M |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davidson, Glen H | 05/08/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. BancorpSouth, Savings Account, ▓ | B | Interest | K | T | | | | | |
| 2. BancorpSouth, Common Stock, ▓ | E | Dividend | O | T | | | | | |
| 3. BancorpSouth, (IRA) ▓ | D | Dividend | M | T | Rollover | 01/16 | M | A | |
| 4. -Gov. Oblig. Fund #05(P)(Cash Equivalent) | B | Interest | K | T | Rollover | 01/16 | K | A | |
| 5. -Montag & Caldwell Growth Fund | A | Dividend | L | T | Rollover | 01/16 | L | A | |
| 6. -Fidelity Contrafund #22 | A | Dividend | J | T | Rollover | 01/16 | J | A | |
| 7. -Fidelity Magellan #21 | A | Dividend | J | T | Rollover | 01/16 | J | A | |
| 8. -Vanguard Indexed Growth (09) | A | Dividend | K | T | Rollover | 01/16 | J | A | |
| 9. Parcel No. 1, ▓ | D | Rent | M | R | | | | | |
| 10. Parcel No. 1, ▓ | C | Rent | K | R | | | | | |
| 11. Parcel No. 2, ▓ | C | Rent | K | R | | | | | |
| 12. Parcel No. 2, ▓ | C | Rent | K | R | | | | | |
| 13. State of Mississippi Retirement Account | B | Distribution | J | T | | | | | |
| 14. Cabin, ▓ | | None | K | R | | | | | |
| 15. BancorpSouth Stock | B | Dividend | K | T | | | | | |
| 16. Farm, ▓ | C | Rent | M | Q | | | | | |
| 17. Parcel No. 3, ▓ | D | Rent | L | R | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davidson, Glen H | 05/08/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  USAA Federal Savings Bank (Savings Account) | D | Interest | M | T | | | | | |
| 19.  Parcel No. 4, Timber Land, ▓▓▓ | | None | L | R | | | | | |
| 20.  Parcel No. 5, ▓▓▓ | | None | L | T | Buy | 09/14 | L | | 1st Natl. Bank, ▓▓▓ |
| 21.  McDonald's Stock | A | Dividend | K | T | Buy | 11/20 | K | | |
| 22.  Renasant Bank, ▓▓▓ | A | Dividend | J | T | Buy | 03/12 | J | | |
| 23.  UFB Direct Savings Acct | A | Interest | L | T | Deposit | 12/05 | L | | |
| 24.  Woodmen of the World Certificate of Deposit* | A | Interest | J | T | Redemption | 05/07 | J | B | Wdmn of the World Life Ins |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Part IV: Reimbursements, continued . . . .

*Line 1 - $1,000 donation was made to the University of Mississippi Foundation, a charity, in my name relative to a talk that I made at the University of Mississippi School of Law on April 11, 2007.
This payment was made by the Law School to the Foundation. There was no reimbursement for travel, food or lodging.

Part VII: Investments and Trusts, continued . . .

*Line 3-8 - BancorpSouth IRA rolled over into Thrift Savings Account on January 16, 2007. There was no gain.

*Line 9 - Apartments purchased 3/10/1977 (purchase price $96,000)

*Line 10 - Duplex purchased 4/13/1975 (purchase price $20,000)

*Line 11 - Duplex purchased 4/13/1974 (purchase price $20,000)

*Line 12 - Duplex purchased 1/22/1980 (purchase price $25,000)

*Line 14 - Purchased one-half interest in cabin, ▮▮▮▮▮▮▮▮ on March 11, 1986. Purchase price was $17,500.
Purchased remaining half interest on February 10, 1999. Purchase price was $20,500.

*Line 16 - Two-thirds interest purchased September 1, 1988, value based on appraisal of 9/1/88.

*Line 17 - Parcel No. 3, ▮▮▮▮▮▮▮▮ purchased November 23, 1998. Purchase price $92,000.

*Line 19 - Parcel No. 4, ▮▮▮▮▮▮▮▮ purchased September 5, 2003. Purchase price $66,000.

*Line 20 - One half interest ▮▮▮▮▮▮▮▮▮▮▮ purchased September 14, 2007. ($85,500)

*Line 24 - Redemption of $1000 life insurance policy.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544